PROB 12C
(7/93)

Report Date: September 28, 2011

**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 29 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Alfredo Mendoza-Alvarez          Case Number: 2:10CR02140-001

Address of Offender: Currently at Metropolitan Correctional Center, 808 Union St, San Diego, CA 92101

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 2/4/2011

| | |
|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(b)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 8 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | 8/5/2011 |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: | 8/4/2014 |

**PETITIONING THE COURT**

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence for Violations 1 and 2**: Alfredo Mendoza-Alvarez is considered in violation of his term of supervised release as he was arrested by U.S. Border Patrol agents on or about September 20, 2011, for illegally reentering the United States.

According to the probable cause statement, border patrol agents were conducting a field search of an area near Jacumba, California. With assistance from a K-9, agents located three individuals hiding in thick brush. One of the individuals was later identified as the defendant. He was read his Miranda rights and stated he was a citizen of Mexico and he had illegally entered the U.S. on September 20, 2011, at La Rumorosa, Baja California, Mexico. He advised his final destination was Seattle, Washington.

Prob12C
Re: Mendoza-Alvarez, Alfredo
September 28, 2011
Page 2

Mr. Mendoza-Alvarez was released from the Bureau of Prisons on August 5, 2011. He was transferred to immigration authorities and deported from the United States on August 10, 2011, via Brownsville, Texas. There was also no record indicating the defendant had applied for or received permission to reenter the United States after being removed.

Mr. Mendoza-Alvarez has been charged in the Southern District of California under case 3:11MJ03507-BLM, with Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326. He is currently being held in confinement at the San Diego Metropolitan Correctional Center.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/28/2011

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Fred Van Sickle
Signature of Judicial Officer

September 28, 2011
Date