PROB 12C
(7/93)

Report Date: April 26, 2013

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfredo Mendoza-Alvarez          Case Number: 2:10CR02140-001

Address of Offender: Metropolitan Correctional Center, 808 Union Street, San Diego, CA 92101

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 2/4/2011

Original Offense:     Alien in the United States After Deportation, 8 U.S.C. § 1326

Original Sentence:    Prison - 8 Months;              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Thomas J. Hanlon               Date Supervision Commenced: 1/28/2013

Defense Attorney:     Rebecca Pennell                Date Supervision Expires: 4/27/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 15**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: The above violations will be combined for brevity.

Alfredo Mendoza-Alvarez is considered in violation of his supervised release as he unlawfully reentered the United States on or about April 22, 2013, and is now pending new Federal charges in the Southern District of California.

According to the criminal complaint filed in U.S. District Court in the Southern District of California, U.S. Border Patrol agents followed footprints from the U.S./Mexico border to an area known as "Goat Mountain" approximately 2.85 miles north of the border. The agents found three individuals, including the defendant, hiding under a boulder. The suspects

Prob12C
**Re:  Mendoza-Alvarez, Alfredo**
**April 26, 2013**
**Page 2**

wre detained and a records check revealed the defendant's criminal history. Immigration records indicated Mr. Mendoza-Alvarez had been deported on March 26, 2013, at Del Rio, Texas and he had not applied or received permission from the Attorney General or the Secretary of Homeland Security to legally reenter the United States.

A criminal compliant was filed for Mr. Mendoza-Alvarez in U.S. District Court, in the Southern District of California, San Diego division, on April 23, 2013, under case 3:13 MJ01625-001.  He has been charged with Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326. According to the defendant's case docket information, Mr. Mendoza-Alvarez had an initial appearance on April 23, 2013, and currently remains in the custody of the U.S. Marshals Service.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/26/2013

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

### THE COURT ORDERS

[ ]    No Action
[x ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

s/ Fred Van Sickle

Signature of Judicial Officer

4/29/13

Date